IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SAMUEL RANDLES**, *et al.*, § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> **JIMMY BLACKLOCK**, *et al.*, § <br> *Defendant.* § | Case No. 4:25-cv-01422-O-BP |

### JUDGE RAY WHELESS' MOTION TO DISMISS

TO THE HONORABLE REED O'CONNOR:

NOW COMES Defendant Judge Ray Wheless, and files this Motion to Dismiss pursuant to FED. R. CIV. P. 12(b) (1) and (6).

## I.
## INTRODUCTION

This litigation is a fusion of multiple discreet lawsuits that have been combined to collaterally attack adverse state court orders in disparate family law cases across the State of Texas. (Doc. 9). Plaintiffs Samuel Randles, Kaitlan Ross, Patrick Tuter, and Conghua Yan ("Plaintiffs") filed this lawsuit against Judge Wheless, who is sued in his *official capacity only*. (Doc. 9, ¶ 23). Judge "Wheless is the Presiding Judge of the First Administrative Judicial Region of Texas." (Doc. 9, ¶ 23). Plaintiff's claims are based solely on Judge Wheless' decisions presiding over a portion of Plaintiff Tuter's state court case. (Doc. 9, ¶¶ 60, 62-63, 65, 108, and 155). Judge Wheless is not alleged to have been involved with any other plaintiff beside Plaintiff Tuter. (Doc. 9). Plaintiffs claim that Judge Wheless violated their rights under the U.S. Constitution. (Doc 9, ¶¶ 159-223). Plaintiff seeks only equitable relief from Judge Wheless. (Doc 9, ¶¶ 224-31).

## II.
## BRIEF IN SUPPORT

As more fully set forth in the Brief in Support of Judge Wheless' Motion to Dismiss, Judge Wheless contends the following:

1. Plaintiffs' claims against Judge Wheless must be dismissed because Plaintiffs lack standing to bring claims against Judge Wheless;

2. Plaintiffs' official capacity claims against Judge Wheless are barred by sovereign immunity, pursuant to the Eleventh Amendment to the United States Constitution;

3. Plaintiffs' claims against Judge Wheless must be dismissed because they are barred by the *Younger* abstention doctrine; and

4. Plaintiffs fail to state a claim against Judge Wheless on which relief can be granted in that Plaintiffs have not alleged facts to from which the Court could infer liability on the part of Judge Wheless and equitable relief is not available.

## III.
## CONCLUSION

This Court should dismiss Plaintiffs' claims against Judge Wheless. Jurisdictional barriers prohibit Plaintiffs' suit, Judge Wheless has sovereign immunity to Plaintiffs' claims, and Plaintiffs have failed to state a claim on which relief may be granted.

WHEREFORE, Defendant Judge Ray Wheless prays that Plaintiffs take nothing by their suit.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

        RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

<u>/s/ *Scot M. Graydon*</u>
SCOT M. GRAYDON
Assistant Attorney General
Texas Bar No. 24002175
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Scot.Graydon@oag.texas.gov

*ATTORNEYS FOR DEFENDANT JUDGE RAY WHELESS*

## CERTIFICATE OF SERVICE

I certify that a copy of the above *Judge Wheless's Motion to Dismiss* was served on the **4th day of February, 2026**, upon all parties who have entered an appearance, using the CM/ECF system and upon the following individual by Certified Mail, Return Receipt Requested and via regular mail:

Samuel Randles
5001 SH114E, Apt 1313,
Roanoke, TX 76262
randles.sam@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2580 42

Patrick Wayne Tuter
430 Christi Ln.
Princeton, Texas 75407
patrick762soldier@hotmail.com
*Via Certified Mail No.*
*9589 0710 520 0480 2580 59*

Kaitlan Ross
915 County Road 2719
Goldthwaite, Texas 76844
Kaitlan.ross33@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2580 66

Conghua Yan
2140 E Southlake Blvd, Suite L-439,
Southlake, Texas 76092
arnold200@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2580 73

*Pro Se Plaintiffs*

                                                  /s/ Scot M. Graydon
                                            **SCOT M. GRAYDON**
                                            Assistant Attorney General