IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SAMUEL RANDLES, *et al.* § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> JIMMY BLACKLOCK, *et al.*, § <br> § <br> Defendants. § | Civil Action No. 4:25-cv-01422-O-BP |

## ORDER

Before the Court is the Motion to Dismiss (ECF No. 15) that Ray Wheless filed on February 4, 2026. Plaintiffs shall file their response to the Motion **on or before February 25, 2026**. Also by this date, Plaintiffs shall file a brief that complies with the Local Civil Rules of the Northern District of Texas, specifically (1) Rule 7.1(d) and Rule 7.2 (which require certain materials be included in a brief). The Local Civil Rules of the Northern District of Texas can be accessed online at the following address: http://www.txnd.uscourts.gov/ civil-rules. The Court cautions Plaintiffs that failure to file a response by **February 25, 2026** may result in a ruling on the Motion without the response.

It is so **ORDERED** on February 5, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE