IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SAMUEL RANDLES,** *et al.* | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:25-cv-01422-O-BP |
| **JIMMY BLACKLOCK,** *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Motion to Dismiss and Brief that Ray Wheless filed on February 4, 2026. (ECF Nos. 15, 16). It appears to the Court that the Motion presents grounds for dismissal that would apply to all Defendants. Accordingly, the Court notifies Plaintiffs that they should respond to the Motion as if all defendants made similar arguments for dismissal. *See Taylor v. Acxiom Corp.*, 612 F.3d 325, 340 (5th Cir. 2010) ("While the district court did dismiss *sua sponte* some defendants who did not join the motion to dismiss, there is no prejudice to the plaintiffs in affirming the judgment in its entirety because the plaintiffs make the same allegations against all defendants."); *Bonny v. Soc'y of Lloyd's*, 3 F.3d 156, 162 (7th Cir. 1993) ("A court may grant a motion to dismiss even as to nonmoving defendants where the nonmoving defendants are in a position similar to that of moving defendants or where the claims against all defendants are integrally related.").

The Court finds that expedited briefing is necessary to resolve the Motion. *See* Local Civil Rule 7.1. Accordingly, the Court **VACATES** its order entered on this date (ECF No. 17) and **ORDERS** Plaintiffs to file their response to the Motion to Dismiss (ECF No. 15) **on or before February 12, 2026**.

Also by this date, Plaintiffs shall file a brief that complies with the Local Civil Rules of the Northern District of Texas, specifically (1) Rule 7.1(d) and Rule 7.2 (which require certain materials be included in a brief). The Local Civil Rules of the Court can be accessed online at the following address: http://www.txnd.uscourts.gov/civil-rules. The Court cautions Plaintiffs that failure to file a response by **February 12, 2026** may result in a ruling on the Motion without the response.

It is so **ORDERED** on February 5, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE