## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |
|---|---|
| Samuel Randles, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Case No. 4-25CV1422-0 |
|  | ) |
| Jimmy Blacklock, et. al. | ) |
|  | ) |
| Defendants, | ) |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT JUDGE RAY WHELESS'S MOTION TO DISMISS

Plaintiffs move under Federal Rule of Civil Procedure 6(b)(1) for a short extension of time to file their response to Defendant Judge Ray Wheless's Motion to Dismiss (ECF No. 16).

Good cause exists, and the requested extension will not prejudice any party.

1.    Relief requested.

The Motion to Dismiss was filed on February 4, 2026 (ECF No. 16). Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to respond through February 25, 2026.

2.    Good cause.

First, Plaintiffs are proceeding pro se and Defendant's Motion to Dismiss raises multiple threshold issues (including Article III standing/justiciability, Eleventh Amendment immunity, and Ex parte Young) that require careful, consolidated briefing on a compressed schedule.

Second, Plaintiff Patrick Wayne Tuter has a final trial set for **February 16, 2026** in the underlying state matter, which requires substantial preparation time immediately before the trial.

The current expedited response deadline materially conflicts with those trial-preparation obligations because **the principal participant, Tuter, cannot spare the seven days from February 5 to February 12 to fully research and brief these issues when his long-scheduled state-court trial—set after four years of litigation—is only four days away.** That trial date is expressly set out in the preliminary injunction motion filed in this Court.

An extension to February 25, 2026 is narrowly tailored and will allow Plaintiffs to respond in an orderly and complete manner.

3.    No prejudice / early posture.

This case is at an early stage. Extending Plaintiffs' response deadline to February 25, 2026 will not cause unfair prejudice to Defendant Wheless or any other party and will assist the Court by ensuring a more focused response on the issues raised in ECF No. 16.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and extend Plaintiffs' deadline to respond to Defendant Judge Ray Wheless's Motion to Dismiss (ECF No. 16) through February 25, 2026, and for such other relief as the Court deems just.

Respectfully submitted,

*/s/ Samuel Randles*
Samuel Randles
5001 SH114E, Apt 1313, Roanoke, TX 76262
(214) 250-6187 | randles.sam@gmail.com

*/s/ Kaitlan Ross*
Kaitlan Ross
915 County Road 2719, Goldthwaite, TX 76844
(512) 529-0294 | Kaitlan.ross33@gmail.com

*/s/ Patrick Tuter*
Patrick Wayne Tuter
430 Christi Ln., Princeton, TX 75407
(214) 497-6152 | patrick762soldier@hotmail.com

*/s/ Conghua Yan*
Conghua Yan
2140 E Southlake Blvd, Suite L-439, Southlake, TX 76092
(214) 228-1886 | arnold200@gmail.com

## CERTIFICATE OF CONFERENCE (L.R. 7.1)

On February 9, 2026, Plaintiffs conferred with counsel for Defendant Judge Ray Wheless, Scot M. Graydon (Texas Office of the Attorney General), regarding the relief requested in this Motion. Counsel for Defendant Wheless stated that Defendant opposes the requested extension.

*/s/ Conghua Yan*
Conghua Yan

## CERTIFICATE OF SERVICE

I certify that on February 9, 2026, I filed the foregoing document via the Court's CM/ECF system, which will send notice of electronic filing to all registered CM/ECF users, and that I served all non-registered parties by USPS Certified Mail to their respective service addresses."

*/s/ Samuel Randles*
Samuel Randles, on behalf of all Plaintiffs
