Case 4:25-cv-01422-O-BP   Document 14   Filed 01/13/26   Page 1 of 8   PageID 542
Case 4:25-cv-01422-O-BP   Document 20   Filed 02/09/26   Page 1 of 2   PageID 571
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Samuel Randles et al. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 4:25-cv-01422-O-BP |
| Jimmy Blacklock et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tom Wilder

Tom Vandergriff Civil Courts Building, 100 N Calhoun St, Fort Worth, TX 76196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samuel Randles
5001 SH114E, Apt 1313, Roanoke, TX 76262
214-250-6187
randles.sam@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/13/2026

s/Wendy Camargo
*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:25-cv-01422-O-BP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TOM WILDER

was received by me on *(date)* 01/31/2026.

☒ personally served the summons on the individual at *(place)* BOTANICAL RESEARCH INSTITUTE OF TEXAS on *(date)* JANUARY 31, 2026

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/31/26

Server's signature

BRIAN WILCOX
Printed name and title

1007 SOUTHLAKE HILLS DR
SOUTHLAKE, TX 76092
Server's address

Additional information regarding attempted service, etc: