IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SAMUEL RANDLES,** *et al.* | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:25-cv-01422-O-BP |
| **JIMMY BLACKLOCK,** *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Motion for Extension of Time to Respond to Defendant Judge Ray Wheless's Motion to Dismiss that *pro se* Plaintiffs Samuel Randles filed on February 9, 2026. ECF No. 19. Because of the issues of law present in the underlying suit and the pending Motion to Dismiss (ECF No. 15), and for the reasons the Court initially stated in its Order finding that expedited briefing was necessary (ECF No. 18), the Court **DENIES** the Motion (ECF No. 19). Plaintiffs **SHALL** file their response to the Motion to Dismiss (ECF No. 15) **on or before February 12, 2026**.

It is so **ORDERED** on February 10, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE