IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SAMUEL RANDLES,** *et al.,* | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **Case No. 4:25-cv-01422-O-BP** |
| | § | |
| **JIMMY BLACKLOCK,** *et al.,* | § | |
| *Defendant.* | § | |

## JUDGE JOHN ROACH, JR.'S MOTION TO DISMISS

TO THE HONORABLE REED O'CONNOR:

NOW COMES Defendant Judge John Roach, Jr. ("Judge Roach"), and files this Motion to Dismiss pursuant to FED. R. CIV. P. 12(b) (1) and (6).

## I.
## INTRODUCTION

This litigation is a fusion of multiple discreet lawsuits that have been combined to collaterally attack adverse state court orders in disparate family law cases across the State of Texas. (Doc. 9). Plaintiffs Samuel Randles, Kaitlan Ross, Patrick Tuter, and Conghua Yan ("Plaintiffs") filed this lawsuit against Judge Roach, who is sued in both his *official and individual capacities*. (Doc. 9, ¶ 29). Judge Roach is the "Presiding Judge of the 296th District Court of Collin County, Texas" and currently presides over "Tuter's case, Cause No. 296-50864-2022." (Doc. 9, ¶ 29). Plaintiff's claims are based solely on Judge Roach's decisions presiding over Plaintiff Tuter's state court case. (Doc. 9, ¶¶ 60-62). Judge Roach is not alleged to have been involved with any other plaintiff beside Plaintiff Tuter. (Doc. 9). Plaintiffs collectively claim that Judge Roach violated their rights under the U.S. Constitution. (Doc 9, ¶¶ 159-223). Plaintiffs seek only equitable relief from Judge Roach. (Doc 9, ¶¶ 224 and 225(8)).

## II.
## BRIEF IN SUPPORT

As more fully set forth in the Brief in Support of Judge Roach' Motion to Dismiss, Judge Roach contends the following:

1.      Plaintiffs' claims against Judge Roach must be dismissed because Plaintiffs lack standing to bring claims against Judge Roach;

2.      Plaintiffs' official capacity claims against Judge Roach are barred by sovereign immunity, pursuant to the Eleventh Amendment to the United States Constitution;

3.      Plaintiffs' individual capacity claims against Judge Roach are barred by judicial immunity;

4.      Plaintiffs' claims against Judge Roach must be dismissed because they are barred by the *Younger* abstention doctrine; and

5.      Plaintiffs fail to state a claim against Judge Roach on which relief can be granted in that Plaintiffs have not alleged facts to from which the Court could infer liability on the part of Judge Roach and equitable relief is not available.

## III.
## CONCLUSION

This Court should dismiss Plaintiffs' claims against Judge Roach. Jurisdictional barriers prohibit Plaintiffs' suit, Judge Roach has sovereign immunity to Plaintiffs' claims, and Plaintiffs have failed to state a claim on which relief may be granted.

WHEREFORE, Defendant Judge John Roach, Jr. prays that Plaintiffs take nothing by their suit.

Respectfully submitted,

KEN PAXTON

*Judge John Roach, Jr.'s Motion to Dismiss*                                                                                 2

Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ Scot M. Graydon*
SCOT M. GRAYDON
Assistant Attorney General
Texas Bar No. 24002175
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Scot.Graydon@oag.texas.gov

*ATTORNEYS FOR DEFENDANT JUDGE JOHN ROACH, JR.*

## CERTIFICATE OF SERVICE

I certify that a copy of the above *Judge John Roach, Jr.'s Motion to Dismiss* was served on the **11th day of February, 2026**, upon all parties who have entered an appearance, using the CM/ECF system and upon the following individual by Certified Mail, Return Receipt Requested and via regular mail:

Samuel Randles
5001 SH114E, Apt 1313,
Roanoke, TX 76262
randles.sam@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2581 03

Patrick Wayne Tuter
430 Christi Ln.
Princeton, Texas 75407
patrick762soldier@hotmail.com
*Via Certified Mail No.*
*9589 0710 520 0480 2581 27*

Kaitlan Ross
915 County Road 2719
Goldthwaite, Texas 76844
Kaitlan.ross33@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2581 10

Conghua Yan
2140 E Southlake Blvd, Suite L-439,
Southlake, Texas 76092
arnold200@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2581 34

*Pro Se Plaintiffs*

/s/ Scot M. Graydon
**SCOT M. GRAYDON**
Assistant Attorney General