IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SAMUEL RANDLES,** *et al.*, <br> *Plaintiffs,* <br><br> v. <br><br> **JIMMY BLACKLOCK,** *et al.*, <br> *Defendant.* | § <br> § <br> § <br> §     Case No. 4:25-cv-01422-O-BP <br> § <br> § <br> § |

### TARRANT COUNTY JUDGES' MOTION TO DISMISS

TO THE HONORABLE REED O'CONNOR:

NOW COME Defendants Judge Cynthia Favila Terry, Judge Crawford R. "Randy" Catterton, and Judge William Wren "Bill" Harris (collectively, the "Tarrant Judges") and file this Motion to Dismiss pursuant to FED. R. CIV. P. 12(b) (1) and (6).

## I.
## INTRODUCTION

This litigation is a fusion of multiple discreet lawsuits that have been combined to collaterally attack adverse state court orders in disparate family law cases across the State of Texas. (Doc. 9). Plaintiffs Samuel Randles, Kaitlan Ross, Patrick Tuter, and Conghua Yan ("Plaintiffs") filed this lawsuit against the Judge Catterton, who is sued in his *official capacity only* and Judges Terry and Harris, who are sued in *both individual and official capacities*. (Doc. 9, ¶¶ 24, 30, and 31) Judge Terry is the "Presiding Judge of the 325th District Court of Tarrant County, Texas" and Judge Catterton sat by assignment for Judge Terry on two dates with respect to Yan's state court case. (Doc. 9, ¶ 24, 84, and 85). Judges Harris and Catterton are judges assigned to preside over proceedings involving Randles in the 322nd District Court of Tarrant County, Texas. (Doc. 9, ¶¶ 16, 52, and 53). Plaintiff's claims are based solely on the Tarrant Judges' decisions presiding over a portion of Plaintiff Randles' and Yan's state court cases. (Doc. 9, ¶¶ 48-49, 53, 84-85, 91, and

102).  Plaintiffs claim that the Tarrant Judges violated their rights under the U.S. Constitution. (Doc 9, ¶¶ 159-223).  Plaintiffs seek equitable relief from the Tarrant Judges.  (Doc 9, ¶¶ 224-31). Plaintiff also apparently seek monetary damages from Judge Catterton.  (Doc 9, ¶¶ 232-34).

## II.
## BRIEF IN SUPPORT

As more fully set forth in the Brief in Support of the Tarrant County Judges' Motion to Dismiss, the Tarrant Judges contend the following:

1. Plaintiffs' claims against the Tarrant Judges must be dismissed because Plaintiffs lack standing to bring claims against the Tarrant Judges;

2. Plaintiffs' official capacity claims against the Tarrant Judges are barred by sovereign immunity, pursuant to the Eleventh Amendment to the United States Constitution;

3. Plaintiffs' claims against the Tarrant Judges must be dismissed because they are barred by the *Younger* abstention doctrine; and

4. Plaintiffs fail to state a claim against the Tarrant Judges on which relief can be granted in that Plaintiffs have not alleged facts to from which the Court could infer liability on the part of the Tarrant Judges and equitable relief is not available.

## III.
## CONCLUSION

This Court should dismiss Plaintiffs' claims against the Tarrant Judges. Jurisdictional barriers prohibit Plaintiffs' suit, the Tarrant Judges have sovereign immunity to Plaintiffs' claims, and Plaintiffs have failed to state a claim on which relief may be granted.

WHEREFORE, Defendant Judges Cynthia Favila Terry, Crawford R. "Randy" Catterton, and William Wren "Bill" Harris pray that Plaintiffs take nothing by their suit.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ Scot M. Graydon*
SCOT M. GRAYDON
Assistant Attorney General
Texas Bar No. 24002175
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Scot.Graydon@oag.texas.gov

*ATTORNEYS FOR DEFENDANT JUDGE CYNTHIA FAVILA TERRY, JUDGE CRAWFORD R. "RANDY" CATTERTON, AND JUDGE WILLIAM WREN "BILL" HARRIS*

## CERTIFICATE OF SERVICE

  I certify that a copy of the above *Tarrant County Judges' Motion to Dismiss* was served on the **23rd day of February, 2026**, upon all parties who have entered an appearance, using the CM/ECF system and upon the following individual by Certified Mail, Return Receipt Requested and via regular mail:

Samuel Randles
5001 SH114E, Apt 1313,
Roanoke, TX 76262
randles.sam@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2418 39

Patrick Wayne Tuter
430 Christi Ln.
Princeton, Texas 75407
patrick762soldier@hotmail.com
*Via Certified Mail No.*
*9589 0710 520 0480 2598 65*

Kaitlan Ross
915 County Road 2719
Goldthwaite, Texas 76844
Kaitlan.ross33@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2418 46

Conghua Yan
2140 E Southlake Blvd, Suite L-439,
Southlake, Texas 76092
arnold200@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2598 72

*Pro Se Plaintiffs*

            /s/ Scot M. Graydon
            **SCOT M. GRAYDON**
            Assistant Attorney General