IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SAMUEL RANDLES,** *et al.*, <br>    *Plaintiffs*, <br><br>v. <br><br>**JIMMY BLACKLOCK,** *et al.*, <br>    *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 4:25-cv-01422-O-BP |

**ORDER GRANTING TARRANT COUNTY JUDGES' MOTION TO DISMISS**

ON THIS DAY came to be heard the Motion to Dismiss filed by Defendants Judge Cynthia Favila Terry, Judge Crawford R. "Randy" Catterton, and Judge William Wren "Bill" Harris ("the Tarrant County Judges").  After due consideration of the law and the filings of parties, the Court finds said motion meritorious.   It is therefore,

**ORDERED** that the Tarrant County Judges' Motion to Dismiss is **GRANTED**.  It is further **ORDERED** that Plaintiffs' claims against Judge Cynthia Favila Terry, Judge Crawford R. "Randy" Catterton, and Judge William Wren "Bill" Harris, are **DISMISSED WITH PREJUDICE** in their entirety.

SIGNED this ____ day of _____, 2026.

_____
HON. REED C. O'CONNOR
UNITED STATES DISTRICT JUDGE