IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SAMUEL RANDLES**, *et al.*, <br>    *Plaintiffs*, <br><br> v. <br><br> **JIMMY BLACKLOCK**, *et al.*, <br>    *Defendant.* | § <br> § <br> § <br> §     Case No. 4:25-cv-01422-O-BP <br> § <br> § <br> § |

### JUDGE DAVID L. EVANS' MOTION TO DISMISS

TO THE HONORABLE REED O'CONNOR:

NOW COMES Defendant Judge David L. Evans, and files this Motion to Dismiss pursuant to FED. R. CIV. P. 12(b) (1) and (6).

## I.
## INTRODUCTION

The magistrate judge has already recommended dismissal of this lawsuit in its entirety. (Doc. 40). This litigation is a fusion of multiple discreet lawsuits that have been combined to collaterally attack adverse state court orders in disparate family law cases across the State of Texas. (Doc. 9). Plaintiffs Samuel Randles, Kaitlan Ross, Patrick Tuter, and Conghua Yan ("Plaintiffs") filed this lawsuit against Judge Evans, who is sued in *both individual and official capacities*. (Doc. 9, ¶ 21). Judge Evans is the "Presiding Judge of the Eighth Administrative Judicial Region of Texas." (Doc. 9, ¶ 23). Plaintiff's claims are based solely on Judge Evans' decisions presiding over a portion of Plaintiff Randles' state court case. (Doc. 9, ¶¶ 52-54, 102-05, 116, 121-23, 126-29 and 155). Plaintiffs claim that Judge Evans violated their rights under the U.S. Constitution. (Doc 9, ¶¶ 159-223). Plaintiffs seek monetary damages and equitable relief from Judge Evans. (Doc 9, ¶¶ 21).

## II.
## BRIEF IN SUPPORT

As more fully set forth in the Brief in Support of Judge Evans' Motion to Dismiss, Judge Evans contends the following:

1. Plaintiffs' claims against Judge Evans must be dismissed because Plaintiffs lack standing to bring claims against Judge Evans;

2. Plaintiffs' official capacity claims against Judge Evans are barred by sovereign immunity, pursuant to the Eleventh Amendment to the United States Constitution;

3. Plaintiffs' claims against Judge Evans are barred by judicial immunity;

4. Plaintiffs' claims against Judge Evans must be dismissed because they are barred by the *Younger* abstention doctrine; and

5. Plaintiffs fail to state a claim against Judge Evans on which relief can be granted in that Plaintiffs have not alleged facts to from which the Court could infer liability on the part of Judge Evans and equitable relief is not available.

## III.
## CONCLUSION

This Court should dismiss Plaintiffs' claims against Judge Evans. Jurisdictional barriers prohibit Plaintiffs' suit, Judge Evans has sovereign immunity to Plaintiffs' claims, and Plaintiffs have failed to state a claim on which relief may be granted.

WHEREFORE, Defendant Judge David L. Evans prays that Plaintiffs take nothing by their suit.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER

       First Assistant Attorney General

       RALPH MOLINA
       Deputy First Assistant Attorney General

       AUSTIN KINGHORN
       Deputy Attorney General for Civil Litigation

       KIMBERLY GDULA
       Chief, General Litigation Division

       */s/ Scot M. Graydon*
       SCOT M. GRAYDON
       Assistant Attorney General
       Texas Bar No. 24002175
       OFFICE OF THE ATTORNEY GENERAL
       P.O. Box 12548, Capitol Station
       Austin, Texas 78711-2548
       (512) 463-2120 / Fax (512) 320-0667
       scot.graydon@oag.texas.gov

       *ATTORNEYS FOR DEFENDANT JUDGE DAVID L. EVANS*

## CERTIFICATE OF SERVICE

      I certify that a copy of the above *Judge Evans' Motion to Dismiss* was served on the **24th day of February, 2026**, upon all parties who have entered an appearance, using the CM/ECF system and upon the following individual by Certified Mail, Return Receipt Requested and via regular mail:

Samuel Randles
5001 SH114E, Apt 1313,
Roanoke, TX 76262
randles.sam@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2599 02

Patrick Wayne Tuter
430 Christi Ln.
Princeton, Texas 75407
patrick762soldier@hotmail.com
*Via Certified Mail No.*
*9589 0710 520 0480 2599 26*

Kaitlan Ross
915 County Road 2719
Goldthwaite, Texas 76844
Kaitlan.ross33@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2599 19

Conghua Yan
2140 E Southlake Blvd, Suite L-439,
Southlake, Texas 76092
arnold200@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2599 33

*Pro Se Plaintiffs*

                                                          /s/ Scot M. Graydon
                                                        **SCOT M. GRAYDON**
                                                        Assistant Attorney General