# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **SAMUEL RANDLES,** *et al.*,   *Plaintiffs*, | § § § |
| v. | § § § Case No. 4:25-cv-01422-O-BP |
| **JIMMY BLACKLOCK,** *et al.*,   *Defendant.* | § § § |

## ORDER GRANTING JUDGE JOHN ROACH, JR.'S MOTION TO DISMISS

ON THIS DAY came to be heard the Motion to Dismiss filed by Defendant Judge David L. Evans. After due consideration of the law and the filings of parties, the Court finds said motion meritorious. It is therefore,

**ORDERED** that Judge David L. Evans' Motion to Dismiss is **GRANTED**. It is further **ORDERED** that Plaintiffs' claims against Judge David L. Evans are **DISMISSED WITH PREJUDICE** in their entirety.

SIGNED this ____ day of _____, 2026.

_____
HON. REED C. O'CONNOR
UNITED STATES DISTRICT JUDGE