IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SAMUEL RANDLES,** *et al.,* § | |
| *Plaintiffs,* § | |
| § | |
| v. § | Case No. 4:25-cv-01422-O-BP |
| § | |
| **JIMMY BLACKLOCK,** *et al.,* § | |
| *Defendant.* § | |

## JUDGES BROWN AND DEAN'S MOTION TO DISMISS

TO THE HONORABLE REED O'CONNOR:

NOW COME Defendants Judge Susan Brown and Judge Sherill Youngberg Dean (collectively, the "Judges Brown and Dean") and file this Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b) (1) and (6).

## I.
## INTRODUCTION

This litigation is a fusion of multiple discreet lawsuits that have been combined to collaterally attack adverse state court orders in disparate family law cases across the State of Texas. (Doc. 9). Plaintiffs Samuel Randles, Kaitlan Ross, Patrick Tuter, and Conghua Yan ("Plaintiffs") filed this lawsuit against Judges Brown and Dean, who are sued in *both individual and official capacities*. (Doc. 9, ¶¶ 22 and 32). Judge Brown "the Presiding Judge of the Eleventh Administrative Judicial Region of Texas." (Doc. 9, ¶ 55). Judge Dean, a retired/former judge, "presided and exercised judicial authority as a visiting judge" over "proceedings in the 23rd District Court" and the 130th District Court. (Doc. 9, ¶¶ 55-58). As Plaintiff Ross knows from one of her unsuccessful mandamus attempts, "the government code specifically provides that '[t]here is one general docket for the 23rd and 130th district courts in Matagorda County.'" *In re Ross*, No. 13-25-00029-CV, 2025 WL 733677, at *1 (Tex. App. – Corpus Christi Mar. 7, 2025),

*reh'g denied* (Apr. 8, 2025), citing TEX. GOV'T CODE § 24.124(c). "'[T]he judge of either court may preside over the hearing or trial,' and 'may hear and dispose of any matter on the courts' general docket without transferring the matter.'" *Id*., citing TEX. GOV'T CODE § 24.124(c). Plaintiff Ross' claims are based solely on Judges Brown and Dean's decisions presiding over a portion of Plaintiff Ross' state court cases. (Doc. 9, ¶¶ 55-58, 118, and 147). Plaintiffs claim that Judges Brown and Dean violated their rights under the U.S. Constitution. (Doc 9, ¶¶ 159-223). Plaintiffs seek equitable relief from Judges Brown and Dean. (Doc 9, ¶¶ 224-31).

## II.
## BRIEF IN SUPPORT

As more fully set forth in the Brief in Support of Judges Brown and Dean's Motion to Dismiss, Judges Brown and Dean contend the following:

1. Plaintiffs' claims against Judges Brown and Dean must be dismissed because Plaintiffs lack standing to bring claims against Judges Brown and Dean;

2. Plaintiffs' official capacity claims against Judges Brown and Dean are barred by sovereign immunity, pursuant to the Eleventh Amendment to the United States Constitution;

3. Plaintiffs' claims against Judges Brown and Dean must be dismissed because they are barred by the *Younger* abstention doctrine; and

4. Plaintiffs fail to state a claim against Judges Brown and Dean on which relief can be granted in that Plaintiffs have not alleged facts to from which the Court could infer liability on the part of Judges Brown and Dean, Plaintiffs' claims are barred by judicial and/or qualified immunity, and equitable relief is not available.

## III.
## CONCLUSION

This Court should dismiss Plaintiffs' claims against Judges Brown and Dean. Jurisdictional barriers prohibit Plaintiffs' suit, Judges Brown and Dean have sovereign immunity to Plaintiffs' claims, and Plaintiffs have failed to state a claim on which relief may be granted.

WHEREFORE, Defendants Judge Susan Brown and Judge Sherill Youngberg Dean pray that Plaintiffs take nothing by their suit.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Scot M. Graydon
SCOT M. GRAYDON
Assistant Attorney General
Texas Bar No. 24002175
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Scot.Graydon@oag.texas.gov

*ATTORNEYS FOR DEFENDANT JUDGE SUSAN BROWN AND JUDGE SHERILL YOUNGBERG DEAN*

## CERTIFICATE OF SERVICE

I certify that a copy of the above *Judges Brown and Dean's Motion to Dismiss* was served on the **3rd day of March, 2026**, upon all parties who have entered an appearance, using the CM/ECF system and upon the following individual by Certified Mail, Return Receipt Requested and via regular mail:

Samuel Randles
5001 SH114E, Apt 1313,
Roanoke, TX 76262
randles.sam@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2599 64

Patrick Wayne Tuter
430 Christi Ln.
Princeton, Texas 75407
patrick762soldier@hotmail.com
*Via Certified Mail No.*
*9589 0710 520 0480 2599 88*

Kaitlan Ross
915 County Road 2719
Goldthwaite, Texas 76844
Kaitlan.ross33@gmail.com
*Via Certified Mail No*
9589 0710 5270 0480 2599 71

Conghua Yan
2140 E Southlake Blvd, Suite L-439,
Southlake, Texas 76092
arnold200@gmail.com
*Via Certified Mail No*
7020 0090 0000 7453 1451

*Pro Se Plaintiffs*

/s/ Scot M. Graydon
**SCOT M. GRAYDON**
Assistant Attorney General