# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **SAMUEL RANDLES**, *et al.*,  *Plaintiffs*, | § § § |
| v. | § §   Case No. 4:25-cv-01422-O-BP |
| **JIMMY BLACKLOCK**, *et al.*,  *Defendant.* | § § § § |

## ORDER GRANTING JUDGES BROWN AND DEAN'S MOTION TO DISMISS

ON THIS DAY came to be heard the Motion to Dismiss filed by Defendants Judge Susan Brown and Judge Sherill Youngberg Dean ("Judges Brown and Dean"). After due consideration of the law and the filings of parties, the Court finds said motion meritorious. It is therefore,

**ORDERED** that the Judges Brown and Dean's Motion to Dismiss is **GRANTED**. It is further **ORDERED** that Plaintiffs' claims against Judge Susan Brown and Judge Sherill Youngberg Dean, are **DISMISSED WITH PREJUDICE** in their entirety.

SIGNED this ____ day of _____, 2026.

_____
HON. REED C. O'CONNOR
UNITED STATES DISTRICT JUDGE