IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SAMUEL RANDLES,** *et al.,* | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Case No. 4:25-cv-01422-O-BP |
| | § | |
| **JIMMY BLACKLOCK,** *et al.,* | § | |
| *Defendant.* | § | |

### CHIEF JUSTICE BLACKLOCK'S MOTION TO DISMISS

TO THE HONORABLE REED O'CONNOR:

NOW COMES Defendant Jimmy Blacklock, Chief Justice of the Supreme Court of Texas ("Chief Justice Blacklock") and files his Motion to Dismiss.

## I.
## INTRODUCTION

The magistrate judge has already recommended dismissal of this lawsuit in its entirety. (Doc. 40). This litigation is a fusion of multiple discreet lawsuits that have been combined to collaterally attack adverse state court orders in disparate family law cases across the State of Texas. (Doc. 9). Plaintiffs Samuel Randles, Kaitlan Ross, Patrick Tuter, and Conghua Yan ("Plaintiffs") filed this lawsuit against Chief Justice Blacklock, who is sued in *both individual and official capacites*. (Doc. 9, ¶ 20). Chief Justice "Blacklock is the Chief Justice of the Supreme Court of Texas." (Doc. 9, ¶ 20). Plaintiffs' claims are based solely on their communications to the Texas Office of Court Administration (OCA") and Plaintiffs' dissatisfaction with the rules and procedures promulgated by the OCA (Doc. 9, ¶¶ 125-29, 137-140, 155, and 197), which is under the direction of Chief Justice Blacklock. *See* TEX. GOV'T CODE § 74.004. Plaintiffs claim that Chief Justice Blacklock violated their rights under the U.S. Constitution. (Doc 9, ¶¶ 159-223). Plaintiffs seek equitable relief from Chief Justice Blacklock. (Doc 9, ¶ 229).

## II.
## BRIEF IN SUPPORT

As more fully set forth in the Brief in Support of Chief Justice Blacklock's Motion to Dismiss, Chief Justice Blacklock contends the following:

1. Plaintiffs' claims against Chief Justice Blacklock must be dismissed because Plaintiffs lack standing to bring claims against Chief Justice Blacklock;

2. Plaintiffs' official capacity claims against Chief Justice Blacklock are barred by sovereign immunity, pursuant to the Eleventh Amendment to the United States Constitution;

3. Plaintiffs' claims against Chief Justice Blacklock are barred by legislative immunity;

4. Plaintiffs' claims against Chief Justice Blacklock must be dismissed because they are barred by the *Younger* abstention doctrine; and

5. Plaintiffs fail to state a claim against Chief Justice Blacklock on which relief can be granted in that Plaintiffs have not alleged facts to from which the Court could infer liability on Chief Justice Blacklock and equitable relief is not available.

## III.
## CONCLUSION

This Court should dismiss Plaintiffs' claims against Chief Justice Blacklock. Jurisdictional barriers prohibit Plaintiffs' suit, Chief Justice Blacklock has sovereign and legislative immunity to Plaintiffs' claims, and Plaintiffs have failed to state a claim on which relief may be granted.

WHEREFORE, Defendant Chief Justice Jimmy Blacklock prays that Plaintiffs take nothing by their suit.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Scot M. Graydon*
SCOT M. GRAYDON
Assistant Attorney General
Texas Bar No. 24002175
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
scot.graydon@oag.texas.gov

*ATTORNEYS FOR DEFENDANT JIMMY BLACKLOCK, CHIEF JUSTICE OF THE SUPREME COURT OF TEXAS*

## CERTIFICATE OF SERVICE

      I certify that a copy of the above *Chief Justice Blacklock's Motion to Dismiss* was served on the **5th day of March, 2026**, upon all parties who have entered an appearance, using the CM/ECF system and upon the following individual by Certified Mail, Return Receipt Requested and via regular mail:

Samuel Randles
5001 SH114E, Apt 1313,
Roanoke, TX 76262
randles.sam@gmail.com
***Via Certified Mail No***
*7020 1290 0000 7439 1906*

Patrick Wayne Tuter
430 Christi Ln.
Princeton, Texas 75407
patrick762soldier@hotmail.com
***Via Certified Mail No.***
*7020 1290 0000 7439 1920*

Kaitlan Ross
915 County Road 2719
Goldthwaite, Texas 76844
Kaitlan.ross33@gmail.com
***Via Certified Mail No***
*7020 1290 0000 7439 1913*

Conghua Yan
2140 E Southlake Blvd, Suite L-439,
Southlake, Texas 76092
arnold200@gmail.com
***Via Certified Mail No***
*7020 1290 0000 7439 1937*

*Pro Se Plaintiffs*

      /s/ Scot M. Graydon
      **SCOT M. GRAYDON**
      Assistant Attorney General