# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **SAMUEL RANDLES,** *et al.,* | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **Case No. 4:25-cv-01422-O-BP** |
| | § | |
| **JIMMY BLACKLOCK,** *et al.,* | § | |
| *Defendant.* | § | |

---

### ORDER GRANTING CHIEF JUSTICE BLACKLOCK'S MOTION TO DISMISS

---

ON THIS DAY came to be heard the Motion to Dismiss filed by Defendant Jimmy Blacklock, Chief Justice of the Supreme Court of Texas ("Chief Justice Blacklock"). After due consideration of the law and the filings of parties, the Court finds said motion meritorious. It is therefore,

**ORDERED** that Chief Justice Blacklock's Motion to Dismiss is **GRANTED**. It is further

**ORDERED** that Plaintiffs' claims against Jimmy Blacklock, Chief Justice of the Supreme Court of Texas are **DISMISSED WITH PREJUDICE** in their entirety.

SIGNED this ____ day of _____, 2026.

_____
HON. REED C. O'CONNOR
UNITED STATES DISTRICT JUDGE