IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SAMUEL RANDLES,** *et al.* § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-01422-O-BP |
| § | |
| **JIMMY BLACKLOCK,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** Defendant's Motion to Dismiss (ECF No. 15) is **GRANTED**, and Plaintiffs' claims against all Defendants are **DISMISSED WITHOUT PREJUDICE**. ECF Nos. 42, 44, 46, 50, 52, 56 are **DENIED as moot**.

**SO ORDERED** this **March 11, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**