# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **SAMUEL RANDLES,** *et al.* § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-01422-O-BP |
| § | |
| **JIMMY BLACKLOCK,** *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs' claims against all Defendants are **DISMISSED WITHOUT PREJUDICE**.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring such costs.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **March 11, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**