AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Samuel Randles et al.<br><br>_____<br>_Plaintiff(s)_<br>v.<br>Jimmy Blacklock et al.<br><br>_____<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 4:25-cv-01422-O-BP

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Tarrant County, Texas

100 East Weatherford Street, Suite 501, Fort Worth, TX 76196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samuel Randles
5001 SH114E, Apt 1313, Roanoke, TX 76262
214-250-6187
randles.sam@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:      02/17/2026

s/ M. Wills

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-01422-O-BP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tarrant, County Texas
was received by me on *(date)* 3-9-2026 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Teresa W. Roberts , who is
designated by law to accept service of process on behalf of *(name of organization)* Tarrant
County, Texas Accepted service on *(date)* 3-24-2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 55.00 for travel and $ 250.00 for services, for a total of $ $305.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 3-25-2026

_____
*Server's signature*

Josue Berlanga
*Printed name and title*


1060 Quiet Cv. apt.6305 Granbury.
*Server's address*
Texas 76048

Additional information regarding attempted service, etc:

PSC-19674
exp: 4-30-2027