**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **SAMUEL RANDLES,** *et al.* | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **Civil Action No. 4:25-cv-01422-O** |
| | § | |
| **JIMMY BLACKLOCK,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's Motion to Alter Judgment, ECF No. 64. The Motion is

**DENIED**.  The case shall remain closed.

**SO ORDERED** this **June 12, 2026**.


_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**